**MANDATE**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of November, two thousand and fifteen.

Before:     Robert A. Katzmann,
               *Chief Judge,*
       Peter W. Hall,
       Debra Ann Livingston
               *Circuit Judge*s.

_____

Allco Finance Limited,

    Plaintiff - Appellant,

v.

Robert J. Klee, in his official capacity as Commissioner of the Connecticut Department of Energy and Environmental Protection,

    Defendant - Appellee,

Office of Consumer Counsel, Fusion Solar LLC, Number Nine Wind Farm LLC, Greenskies Renewable Energy, LLC,

    Intervenors - Appellees.

_____

**JUDGMENT**
Docket No 15-20

     The appeal in the above captioned case from a judgment of the United States District Court for the District of Connecticut was submitted on the district court's record and the parties' briefs. Upon consideration thereof,

     IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 02/18/2016**